# EXHIBIT

# A

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-2566/710 | Check No. 3271<br>Date: 04/11/14 |

| | | | Check Amount |
|---|---|---|---|
| | *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | | **VOID** |

Pay to the order Of

HARRIS BANK

000200
Min J Ko
7820 N. Nordica Ave
Apt 1B
Niles, IL 60714

Chk-xxxxxx1394      1543.90

---

Min J Ko         7820 N. Nordica Ave      Niles, IL 60714     Check No: 3271  Date: 04/11/14

EMP# 102
CLOCK# 000102
DEPT# 000200
FED S 5
IL  S 2

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 1923.08 | Chk-<br>Total: | 1543.90<br>1543.90 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 1923.08<br>144.09<br>27.88<br>119.23<br>87.98 | 8538.48<br>572.51<br>123.79<br>529.38<br>386.06 |

Net Pay: 1543.90

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY    940 EAST DIEHL ROAD    NAPERVILLE, IL 60563
Key: myHx-Famg-4NEM-K63h

Period Start: 03/23/14
Period End: 04/05/14

**VOID   VOID   VOID   VOID**

LSK001457

| | | |
|---|---|---|
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-2566/710 | Check No. 3313<br>Date: 04/25/14 |

Check Amount

| | |
|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | **VOID** |

Pay to the order Of
000200
Min J Ko
7820 N. Nordica Ave
Apt 1B
Niles, IL 60714

HARRIS BANK

Chk-xxxxxx1394    1265.63

---

Min J Ko    7820 N. Nordica Ave    Niles, IL 60714    Check No: 3313  Date: 04/25/14

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 102<br>CLOCK# 000102<br>DEPT# 000200<br>FED S 5<br>IL S 2 | REGULAR<br>No Pay-O | 16.00 | 24.0385 | 1538.46<br>0.00 | Chk-<br>Total: | 1265.63<br>1265.63 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 1538.46<br>86.39<br>22.31<br>95.38<br>68.75 | 10076.94<br>658.90<br>146.10<br>624.76<br>454.81 |

Net Pay: 1265.63

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY  940 EAST DIEHL ROAD    NAPERVILLE, IL  60563    Period Start: 04/06/14
Key: chM4-f4fQ-tMyy-6h3h                                                                      Period End:   04/19/14

# VOID    VOID    VOID    VOID

LSK001458

| | | | | |
|---|---|---|---|---|
| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-2566/710 | Check No. | 3355 |
| | | | Date: | 05/09/14 |

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH                                    **VOID**

```
                    000200
Pay to              Min J Ko
the order Of        7820 N. Nordica Ave
                    Apt 1B                  Chk-xxxxxx1394        1543.90
HARRIS BANK         Niles, IL  60714
```

Min J Ko          7820 N. Nordica Ave       Niles, IL  60714      Check No: 3355  Date: 05/09/14

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 102<br>CLOCK# 000102<br>DEPT# 000200<br>FED S 5<br>IL S 2 | REGULAR<br>BONUS<br>No Pay-O | <br><br>8.00 | <br><br>24.0385 | 1730.77<br>192.31<br>0.00 | Chk-<br>Total: | 1543.90<br>1543.90 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 1923.08<br>144.09<br>27.88<br>119.23<br>87.98 | 12000.02<br>802.99<br>173.98<br>743.99<br>542.79 |

Net Pay:  1543.90

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563    Period Start: 04/20/14
Key: MKmG-GGeR-9eMf-XM3h                                                                   Period End:   05/03/14

# VOID    VOID    VOID    VOID

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-2566/710 | Check No. 3395<br>Date: 05/23/14 |
|---|---|---|---|

| | | | Check Amount |
|---|---|---|---|
| | *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | | **VOID** |

| | 000200 | | |
|---|---|---|---|
| Pay to<br>the order Of | Min J Ko<br>7820 N. Nordica Ave<br>Apt 1B | Chk-xxxxxx1394 | 1543.90 |
| HARRIS BANK | Niles, IL 60714 | | |

| Min J Ko | 7820 N. Nordica Ave | Niles, IL 60714 | Check No: 3395 Date: 05/23/14 |
|---|---|---|---|
| EMP# 102<br>CLOCK# 000102<br>DEPT# 000200<br>FED S 5<br>IL S 2 | Type Hours Rate Earnings<br>REGULAR                    1923.08 | Ded Type   Amount       YTD<br>Chk-       1543.90      0.00<br>Total:     1543.90      0.00 | This Pay        YTD<br>EARNINGS   1923.08   13923.10<br>FEDERAL     144.09     947.08<br>MEDICARE     27.88     201.86<br>SOC SEC    119.23     863.22<br>IL          87.98     630.77 |
| | | | Net Pay: 1543.90 |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY    940 EAST DIEHL ROAD    NAPERVILLE, IL 60563<br>Key: hqpQ-Cpya-xEGf-nX3h | | | Period Start: 05/04/14<br>Period End:   05/17/14 |

# VOID    VOID    VOID    VOID

LSK001460

LSK121 ORAL PROSTHETICS
DBA LSK121 ORAL PROSTHETICS
940 E DIEHL ROAD
NAPERVILLE IL 60563-4809

1204-6848
200 Dental Technicia
EE ID: 102

MIN JUNG KO
7820 N NORDICA AVE APT 1B
NILES IL 60714

**PERSONAL AND CHECK INFORMATION**
Min Jung Ko
7820 N Nordica Ave Apt 1B
Niles, IL 60714

Soc Sec #: xxx-xx-xxxx   Employee ID: 102
Home Department: 200 Dental Technician

Pay Period: 05/18/14 to 05/31/14
Check Date: 06/06/14   Check #: 10028

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 11280.17 |
| Chkg 1394 | 1599.52 | 1599.52 |
| **NET PAY** | **1599.52** | **12879.69** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1923.08 | | 15653.87 |
| Bonus | | | 76.92 | | 269.23 |
| Holiday | M8.00 | | | M8.00 | |
| Sick | M8.00 | | | M8.00 | |
| **EARNINGS** | 16.00 | | 2000.00 | 16.00 | 15923.10 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.01 | 987.23 |
| Medicare | | 29.02 | 230.88 |
| Fed Income Tax | S 5 | 155.62 | 1102.70 |
| IL Income Tax | 0 2 | 91.83 | 722.60 |
| **TOTAL** | | **400.48** | **3043.41** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1599.52 | 12879.6 |

Payrolls by Paychex, Inc.

0052 1204-6848 LSK121 Oral Prosthetics • DBA LSK121 Oral Prosthetics • 940 E Diehl Road • Naperville IL 60563-4809 • (630) 335-2270   LSK001461

CAPITAL DENTAL TECHNOLOGY LABORATORY INC    1204-6848
DBA LSK121 ORAL PROSTHETICS
940 E DIEHL ROAD
NAPERVILLE IL 60563-4809

200 Dental Technicia
EE ID: 102

MIN JUNG KO
7820 N NORDICA AVE APT 1B
NILES IL 60714

**PERSONAL AND CHECK INFORMATION**
Min Jung Ko
7820 N Nordica Ave Apt 1B
Niles, IL 60714

Soc Sec #: xxx-xx-xxxx    Employee ID: 102
Home Department: 200 Dental Technician

Pay Period: 06/01/14 to 06/14/14
Check Date: 06/20/14    Check #: 10065

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 11280.17 |
| Chkg 1394 | 1599.55 | 3199.07 |
| **NET PAY** | **1599.55** | **14479.24** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 2000.00 | | 17653.87 |
| Bonus | | | | | 269.23 |
| Bonus | | | | | |
| Holiday | | | | M8.00 | |
| Sick | | | | M8.00 | |
| **EARNINGS** | | | **2000.00** | **16.00** | **17923.10** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 1111.23 |
| Medicare | | 29.00 | 259.88 |
| Fed Income Tax | S 5 | 155.62 | 1258.32 |
| IL Income Tax | 0 2 | 91.83 | 814.43 |
| **TOTAL** | | **400.45** | **3443.86** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1599.55 | 14479.2 |

Payroll by Paychex, Inc

0052 1204-6848   Capital Dental Technology Laboratory Inc • DBA LSK121 Oral Prosthetics • 940 E Diehl Road • Naperville IL 60563-4809 • (630) 135-1210   LSK001462

CAPITAL DENTAL TECHNOLOGY LABORATORY INC   1204-6848
DBA LSK121 ORAL PROSTHETICS                200 Dental Technicia
940 E DIEHL ROAD                           EE ID: 102
NAPERVILLE IL 60563-4809

MIN JUNG KO
7820 N NORDICA AVE APT 1B
NILES IL 60714

**PERSONAL AND CHECK INFORMATION**
Min Jung Ko
7820 N Nordica Ave Apt 1B
Niles, IL 60714

Soc Sec #: xxx-xx-xxxx    Employee ID: 102
Home Department: 200 Dental Technician

Pay Period: 06/15/14 to 06/28/14
Check Date: 07/03/14    Check #: 10108

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 11280.17 |
| Chkg 1394 | 1454.85 | 4653.92 |
| **NET PAY** | **1454.85** | **15934.09** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 1800.00 | | 19453.87 |
| Bonus | | | | | 269.23 |
| Bonus | | | | | |
| Holiday | | | | M8.00 | |
| No Pay-Off | M8.00 | | | M8.00 | |
| Sick | M4.00 | | | M12.00 | |
| **EARNINGS** | **12.00** | | **1800.00** | **28.00** | **19723.10** |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1222.83 |
| Medicare | | 26.10 | 285.98 |
| Fed Income Tax | S 5 | 125.62 | 1383.94 |
| IL Income Tax | 0 2 | 81.83 | 896.26 |
| **TOTAL** | | **345.15** | **3789.01** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1454.85 | 15934.0 |

Payrolls by Paychex, Inc

0052 1204-6848  Capital Dental Technology Laboratory Inc • DBA LSK121 Oral Prosthetics • 940 E Diehl Road • Naperville IL  60563-4809 • (630) 335-8270

LSK001463