# EXHIBIT

# B

```
3486   CAPITAL DENTAL TECHNOLOGY LABORATORY              2-7132/2710      Check No.   1247
       940 EAST DIEHL ROAD                                                Date:       09/14/12
              SUITE 100
       NAPERVILLE, IL  60563
```

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****           **VOID**
              NOT NEGOTIABLE.   DO NOT CASH

```
                       000300
       Pay to          Cristian Djurickovic
       the order Of    1925 East Oakton Street
                       Des Plaines, IL   60018       Chk-xxxxxx7512          1352.88

CHARTER ONE BANK
```

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | Check No: 1247 Date: 09/14/12 | |
|---|---|---|---|---|---|---|---|---|---|
| Cristian Djurickovic | | | | | | | | This Pay | YTD |
| EMP# 39 | REGULAR | | | 1730.77 | MEDICAL | 46.00 | 467.55 | EARNINGS 1730.77 | 29363.50 |
| CLOCK# 000039 | | | | | VOL LIFE | 4.62 | 46.20 | FEDERAL 150.38 | 2508.25 |
| DEPT# 000300 | | | | | VISION | 1.46 | 17.52 | MEDICARE 24.41 | 418.72 |
| FED M 1 | | | | | Chk- | 1352.88 | 0.00 | SOC SEC 70.70 | 1212.91 |
| IL M 1 | | | | | Total: | 1404.96 | 531.27 | IL 80.32 | 1374.67 |
| | | | | | | | | Net Pay: 1352.88 | |

```
3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563     Period Start: 08/26/12
Key: 6EEe-YrMn-GJYA-yR3h                                                                   Period End:   09/08/12
```

# VOID    VOID    VOID    VOID

LSK000799

```
3486   CAPITAL DENTAL TECHNOLOGY LABORATORY            2-7132/2710      Check No.    1291
              940 EAST DIEHL ROAD                                       Date:     09/28/12
                   SUITE 100
              NAPERVILLE, IL  60563
```

```
                                                                            Check Amount
┌──────────────────────────────────────────────────────────────┬────────────────────────┐
│ *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****           │        **VOID**        │
│              NOT NEGOTIABLE.   DO NOT CASH                   │                        │
└──────────────────────────────────────────────────────────────┴────────────────────────┘
```

```
                    000300
       Pay to       Cristian Djurickovic
       the order Of 1925 East Oakton Street
                    Des Plaines, IL   60018       Chk-xxxxxx7512          1288.55
CHARTER ONE BANK
```

```
Cristian Djurickovic          1925 East Oakton Street    Des Plaines, IL  60018 | Check No:   1291  Date: 09/28/12
                      | Type    | Hours | Rate | Earnings | Ded Type | Amount | YTD    |       This Pay        YTD
EMP#    39            | REGULAR |       |      |  1644.23 | VOL LIFE |   4.62 |  50.82 | EARNINGS    1644.23    31007.73
CLOCK#  000039        | NO PAY  |  4.00 |      |     0.00 | VISION   |   1.46 |  18.98 | FEDERAL      137.40     2645.65
DEPT#   000300        |         |       |      |          | MEDICAL  |  46.00 | 513.55 | MEDICARE      23.15      441.87
FED  M     1          |         |       |      |          | Chk-     |1288.55 |   0.00 | SOC SEC       67.06     1279.97
IL   M     1          |         |       |      |          | Total:   |1340.63 | 583.35 | IL            75.99     1450.66
                      |         |       |      |          |          |        |        |
                      |         |       |      |          |          |        |        | Net Pay:    1288.55
3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563  | Period Start: 09/09/12
Key: Rfky-p7cR-CgKr-nj3h                                                                 | Period End:   09/22/12
```

# VOID    VOID    VOID    VOID

LSK000800

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | **Check No.** 1333<br>**Date:** 10/12/12 |

**Check Amount**

***** DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

**VOID**

```
              000300
Pay to        Cristian Djurickovic
the order Of  1925 East Oakton Street        Chk-xxxxxx7512        1352.88
              Des Plaines, IL  60018
CHARTER ONE BANK
```

| Cristian Djurickovic | | 1925 East Oakton Street | | Des Plaines, IL 60018 | **Check No:** 1333 **Date:** 10/12/12 | |
|---|---|---|---|---|---|---|
| **Type** | **Hours** | **Rate** | **Earnings** | **Ded Type    Amount      YTD** | **This Pay** | **YTD** |
| EMP# 39 | | | | | | |
| CLOCK# 000039 | | | | | EARNINGS 1730.77 | 32738.50 |
| DEPT# 000300  REGULAR | | | 1730.77 | VISION        1.46     20.44 | FEDERAL   150.38 | 2796.03 |
| FED M  1 | | | | MEDICAL     46.00    559.55 | MEDICARE   24.41 | 466.28 |
| IL  M  1 | | | | VOL LIFE     4.62     55.44 | SOC SEC    70.70 | 1350.67 |
| | | | | Chk-       1352.88      0.00 | IL         80.32 | 1530.98 |
| | | | | Total:     1404.96    635.43 | | |
| | | | | | **Net Pay:** 1352.88 | |

| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY     940 EAST DIEHL ROAD     NAPERVILLE, IL  60563 | **Period Start:** 09/23/12 |
|---|---|
| Key: Mh3k-gCNJ-f7nG-rE3h | **Period End:** 10/06/12 |

# VOID    VOID    VOID    VOID

LSK000801

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | Check No. 1628<br>Date: 01/04/13 |
|---|---|---|---|

| | Check Amount |
|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | **VOID** |

000300
Pay to            Cristian Djurickovic
the order Of     1925 East Oakton Street          Chk-xxxxxx7512           1319.40
                 Des Plaines, IL  60018

CHARTER ONE BANK

| Cristian Djurickovic | | 1925 East Oakton Street | | Des Plaines, IL 60018 | Check No: | 1628 Date: 01/04/13 | |
|---|---|---|---|---|---|---|---|
| EMP# 39<br>CLOCK# 000039<br>DEPT# 000300<br>FED M 1<br>IL M 1 | Type<br>REGULAR<br>HOLIDAY<br>SICK | Hours<br><br>8.00<br>8.00 | Rate<br><br>21.6346<br>21.6346 | Earnings<br>1384.61<br>173.08<br>173.08 | Ded Type<br>VISION<br>VOL LIFE<br>MEDICAL<br>Chk-<br>Total: | Amount<br>1.46<br>4.62<br>46.00<br>1319.40<br>1371.48 | YTD<br>1.46<br>4.62<br>46.00<br>0.00<br>52.08 |

| | This Pay | YTD |
|---|---|---|
| EARNINGS | 1730.77 | 1730.77 |
| FEDERAL | 150.38 | 150.38 |
| MEDICARE | 24.41 | 24.41 |
| SOC SEC | 104.37 | 104.37 |
| IL | 80.13 | 80.13 |
| Net Pay: | 1319.40 | |

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY    940 EAST DIEHL ROAD    NAPERVILLE, IL 60563    Period Start: 12/16/12
Key: pm3E-HGNf-7a6m-R43h                                                                     Period End:   12/29/12

# VOID    VOID    VOID    VOID

LSK000808

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | **Check No.** 1673<br>**Date:** 01/18/13 |
|---|---|---|---|

|  |  | Check Amount |
|---|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE.  DO NOT CASH |  | **VOID** |

```
                    000300
Pay to              Cristian Djurickovic
the order Of        1925 East Oakton Street                Chk-xxxxxx7512           1134.18
                    Des Plaines, IL   60018

CHARTER ONE BANK
```

| Cristian Djurickovic |  | 1925 East Oakton Street |  | Des Plaines, IL  60018 | **Check No:** | 1673  **Date:** 01/18/13 |  |
|---|---|---|---|---|---|---|---|
|  | **Type** | **Hours** | **Rate** | **Earnings** | **Ded Type**  **Amount**  **YTD** |  **This Pay** | **YTD** |
| EMP# 39<br>CLOCK# 000039<br>DEPT# 000300<br>FED M 1<br>IL  M 1 | REGULAR<br>HOLIDAY<br>NO PAY | <br>8.00<br>12.00 | <br>21.6346 | 1298.08<br>173.08<br>0.00 | VOL LIFE    4.62    9.24<br>MEDICAL     46.00   92.00<br>VISION       1.46    2.92<br>Chk-       1134.18    0.00<br>Total:     1186.26  104.16 | EARNINGS   1471.16<br>FEDERAL     108.84<br>MEDICARE     20.64<br>SOC SEC      88.27<br>IL           67.15 | 3201.93<br>259.22<br>45.05<br>192.64<br>147.28 |
|  |  |  |  |  | **Net Pay:** | 1134.18 |  |

| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563 | **Period Start:** 12/30/12<br>**Period End:** 01/12/13 |
|---|---|
| Key: RTX3-CxhP-fyGM-mn3h |  |

# VOID    VOID    VOID    VOID

LSK000809

| | | | |
|---|---|---|---|
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | | 2-7132/2710 | **Check No.** 1719<br>**Date:** 02/01/13 |

Check Amount

| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | **VOID** |
|---|---|

Pay to the order Of

000300
Cristian Djurickovic
1925 East Oakton Street
Des Plaines, IL 60018

Chk-xxxxxx7512          1544.63

CHARTER ONE BANK

| Cristian Djurickovic | | 1925 East Oakton Street | | Des Plaines, IL 60018 | **Check No:** 1719 **Date:** 02/01/13 | |
|---|---|---|---|---|---|---|
| EMP# 39<br>CLOCK# 000039<br>DEPT# 000300<br>FED M 1<br>IL M 1 | **Type**<br>REGULAR | **Hours** | **Rate** | **Earnings**<br>2038.47 | **This Pay** | **YTD** |

| Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|
| VISION | 1.46 | 4.38 | EARNINGS | 2038.47 | 5240.40 |
| VOL LIFE | 4.62 | 13.86 | FEDERAL | 193.94 | 453.16 |
| MEDICAL | 46.00 | 138.00 | MEDICARE | 28.87 | 73.92 |
| Chk- | 1544.63 | 0.00 | SOC SEC | 123.44 | 316.08 |
| Total: | 1596.71 | 156.24 | IL | 95.51 | 242.79 |

**Net Pay:** 1544.63

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY    940 EAST DIEHL ROAD    NAPERVILLE, IL 60563
Key: xqgJ-KeNA-nnPn-TF3h

**Period Start:** 01/13/13
**Period End:** 01/26/13

# VOID    VOID    VOID    VOID

LSK000810