# EXHIBIT

# C

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY  
940 EAST DIEHL ROAD  
SUITE 100  
NAPERVILLE, IL 60563

2-7132/2710

Check No. 833  
Date: 04/27/12

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****  
NOT NEGOTIABLE. DO NOT CASH

Check Amount: **VOID**

000400  
Pay to the order Of  
Joon Y Kim  
10389 Dearlove Road  
APT 1F  
Glenview, IL 60025

CHARTER ONE BANK

Chk-xxxxxx4277

1414.53

Joon Y Kim  
10389 Dearlove Road  
Glenview, IL 60025

EMP# 45  
CLOCK# 000045  
DEPT# 000400  
FED M 1  
IL M 1

Check No: 833  Date: 04/27/12

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 1600.00 | Chk-Total: | 1414.53 | 0.00 | EARNINGS | 1760.00 | 2560.00 |
| BONUS | | | 160.00 | | 1414.53 | 0.00 | FEDERAL | 161.88 | 196.11 |
| | | | | | | | MEDICARE | 25.52 | 37.12 |
| | | | | | | | SOC SEC | 73.92 | 107.52 |
| | | | | | | | IL | 84.15 | 120.30 |

Net Pay: 1414.53

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY  940 EAST DIEHL ROAD  NAPERVILLE, IL 60563  
Key: R3Gn-RQNj-6qHt-c33h

Period Start: 04/08/12  
Period End: 04/21/12

**VOID   VOID   VOID   VOID**

LSK002

3486  CAPITAL DENTAL TECHNOLOGY LABORATORY  
940 EAST DIEHL ROAD  
SUITE 100  
NAPERVILLE, IL 60563

2-7132/2710

Check No.  875  
Date: 05/11/12

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****  
NOT NEGOTIABLE. DO NOT CASH

**VOID**

000400  
Pay to the order Of  
Joon Y Kim  
10389 Dearlove Road  
APT 1F  
Glenview, IL  60025

CHARTER ONE BANK

Chk-xxxxxx4277

1414.53

---

Joon Y Kim  
10389 Dearlove Road  Glenview, IL 60025

EMP# 45  
CLOCK# 000045  
DEPT# 000400  
FED M 1  
IL M 1

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | Check No: 875 Date: 05/11/12 | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 1600.00 | Chk-Total: | 1414.53 | 0.00 | EARNINGS | 1760.00 | 4320.00 |
| BONUS | | | 160.00 | | 1414.53 | 0.00 | FEDERAL | 161.88 | 357.99 |
| | | | | | | | MEDICARE | 25.52 | 62.64 |
| | | | | | | | SOC SEC | 73.92 | 181.44 |
| | | | | | | | IL | 84.15 | 204.45 |

Net Pay:  1414.53

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY  940 EAST DIEHL ROAD  NAPERVILLE, IL 60563  
Key: TnRN-JM3A-XyfF-xy3h

Period Start: 04/22/12  
Period End: 05/05/12

# VOID  VOID  VOID  VOID

**LSK003**

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY | 2-7132/2710 | Check No. | 917 |
| | 940 EAST DIEHL ROAD | | Date: | 05/25/12 |
| | SUITE 100 | | | |
| | NAPERVILLE, IL 60563 | | | |

|  | Check Amount |
|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH***** NOT NEGOTIABLE. DO NOT CASH | **VOID** |

000400

Pay to the order Of: Joon Y Kim
10389 Dearlove Road
APT 1F
Glenview, IL  60025

CHARTER ONE BANK

Chk-xxxxxx4277    1295.57

---

Joon Y Kim   10389 Dearlove Road   Glenview, IL  60025

Check No: 917   Date: 05/25/12

EMP# 45
CLOCK# 000045
DEPT# 000400
FED M 1
IL M 1

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | | | 1600.00 | Chk-Total: | 1295.57 1295.57 | 0.00 0.00 | EARNINGS FEDERAL MEDICARE SOC SEC IL | 1600.00 137.88 23.20 67.20 76.15 | 5920.00 495.87 85.84 248.64 280.60 |

Net Pay: 1295.57

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563
Key: xpyq-RTkG-rQCR-kP3h

Period Start: 05/06/12
Period End: 05/19/12

# VOID    VOID    VOID    VOID

LSK004

3486  CAPITAL DENTAL TECHNOLOGY LABORATORY  
940 EAST DIEHL ROAD  
SUITE 100  
NAPERVILLE, IL 60563

2-7132/2710

**Check No.** 958  
**Date:** 06/08/12

**Check Amount**

*****DIRECT DEPOSIT NOTICE ONLY – DO NOT CASH*****  
NOT NEGOTIABLE. DO NOT CASH

**VOID**

000400  
Pay to the order Of  
Joon Y Kim  
10389 Dearlove Road  
APT 1F  
Glenview, IL 60025

CHARTER ONE BANK

Chk-xxxxxxx4277      1176.61

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joon Y Kim | | 10389 Dearlove Road | | | Glenview, IL 60025 | | Check No: | 958 Date: 06/08/12 | |
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 45 | REGULAR | | | 1440.00 | Chk- | 1176.61 | 0.00 EARNINGS | 1440.00 | 7360.00 |
| CLOCK# 000045 | HOLIDAY | 8.00 | | 0.00 | Total: | 1176.61 | 0.00 FEDERAL | 113.88 | 609.75 |
| DEPT# 000400 | | | | | | | MEDICARE | 20.88 | 106.72 |
| FED M 1 | | | | | | | SOC SEC | 60.48 | 309.12 |
| IL M 1 | | | | | | | IL | 68.15 | 348.75 |

Net Pay: 1176.61

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL 60563  
Key: MYJf-PYpG-AjKM-3q3h

Period Start: 05/20/12  
Period End: 06/02/12

# VOID    VOID    VOID    VOID

**LSK005**

3486　CAPITAL DENTAL TECHNOLOGY LABORATORY　　　　　　　　　　2-7132/2710　　**Check No.**　1686
　　　　940 EAST DIEHL ROAD　　　　　　　　　　　　　　　　　　　　　　　　　　　**Date:**　01/18/13
　　　　SUITE 100
　　　　NAPERVILLE, IL　60563

|  | Check Amount |
|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH***** NOT NEGOTIABLE. DO NOT CASH | **VOID** |

　　　　　　　　　　　　　000400
　　　　Pay to　　　　　　Joon Y Kim
　　　　the order Of　　 10389 Dearlove Road　　　　　Chk-xxxxxxx4277　　　　　　1150.59
　　　　　　　　　　　　　APT 1F
CHARTER ONE BANK　　　 Glenview, IL　60025

---

Joon Y Kim　　　　　　　　　　10389 Dearlove Road　　　　　Glenview, IL  60025　　Check No:　1686  Date: 01/18/13

| Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|
| EMP# 45 | | | | | | | | | |
| CLOCK# 000045 REGULAR | | | 1280.00 | Chk- | 1150.59 | 0.00 | EARNINGS | 1440.00 | 2880.00 |
| DEPT# 000400 HOLIDAY | 8.00 | 20.0000 | 160.00 | Total: | 1150.59 | 0.00 | FEDERAL | 111.29 | 225.17 |
| FED M 1 NO PAY | 8.00 | | 0.00 | | | | MEDICARE | 20.88 | 41.76 |
| IL M 1 | | | | | | | SOC SEC | 89.28 | 178.56 |
| | | | | | | | IL | 67.96 | 135.92 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Net Pay:　　1150.59

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY　　940 EAST DIEHL ROAD　　NAPERVILLE, IL  60563　　Period Start: 12/30/12
Key: cnH4-mKEC-KATY-Rj3h　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Period End:　01/12/13

# VOID　VOID　VOID　VOID

LSK0022

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | Check No. 1926<br>Date: 03/29/13 |
|---|---|---|---|

Check Amount

| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | **VOID** |
|---|---|

000400

Pay to the order Of
Joon Y Kim
10389 Dearlove Road
APT 1F
Glenview, IL 60025

Chk-xxxxxx4277      1266.35

CHARTER ONE BANK

---

Joon Y Kim              10389 Dearlove Road           Glenview, IL 60025        Check No:  1926  Date: 03/29/13

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 45<br>CLOCK# 000045<br>DEPT# 000400<br>FED M 1<br>IL M 1 | REGULAR | | | 1600.00 | Chk-<br>Total: | 1266.35<br>1266.35 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 1600.00<br>135.29<br>23.20<br>99.20<br>75.96 | 10880.00<br>901.62<br>157.76<br>674.56<br>515.72 |
| | | | | | | | | Net Pay: | 1266.35 | |

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL 60563     Period Start: 03/10/13
Key: tReF-XNPN-p6mg-hX3h                                                                    Period End:   03/23/13

# VOID    VOID    VOID    VOID

LSK0027

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | Check No. 1979<br>Date: 04/12/13 |
|---|---|---|---|

| | | | Check Amount |
|---|---|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | | | **VOID** |

| | 000400 | | |
|---|---|---|---|
| Pay to<br>the order Of | Joon Y Kim<br>10389 Dearlove Road<br>APT 1F<br>Glenview, IL 60025 | Chk-xxxxxx4277 | 1150.59 |

CHARTER ONE BANK

| Joon Y Kim | | 10389 Dearlove Road | | | Glenview, IL 60025 | | Check No: | 1979 Date: 04/12/13 | |
|---|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 45<br>CLOCK# 000045<br>DEPT# 000400<br>FED M 1<br>IL M 1 | REGULAR<br>SICK<br>NO PAY | 8.00<br>8.00 | 20.0000 | 1280.00<br>160.00<br>0.00 | Chk-<br>Total: | 1150.59<br>1150.59 | 0.00<br>0.00 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 1440.00<br>111.29<br>20.88<br>89.28<br>67.96 | 12320.00<br>1012.91<br>178.64<br>763.84<br>583.68 |
| | | | | | | | Net Pay: | 1150.59 | |

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY 940 EAST DIEHL ROAD NAPERVILLE, IL 60563
Key: h4hG-YfGc-KJR7-hE3h

Period Start: 03/24/13
Period End: 04/06/13

# VOID   VOID   VOID   VOID

LSK0028