# EXHIBIT

# D

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY 940 EAST DIEHL ROAD SUITE 100 NAPERVILLE, IL 60563 | | | | 2-7132/2710 | | Check No. 1565 Date: 12/21/12 | | |

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE.  DO NOT CASH

**VOID**

000300

Pay to the order Of  KEE JUNE KIM
1721 NORTH WILSHIRE AVENUE
ARLINGTON HEIGHTS, IL  60004

Chk-xxx4106

1829.42

CHARTER ONE BANK

| KEE JUNE KIM | | 1721 NORTH WILSHIRE AVENUE | | | ARLINGTON HEIGHTS, IL  600 | | Check No: | 1565 Date: 12/21/12 | |
|---|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 22 CLOCK# 000022 DEPT# 000300 FED M 3 IL M 3 | REGULAR VACATION | 8.00 | 28.8462 | 2076.93 230.77 | VOL LIFE EE401K MEDICAL DENTAL Chk- Total: | 6.94 46.15 0.00 0.00 1829.42 1882.51 | 173.00 1261.50 320.21 68.75 0.00 1823.46 | EARNINGS FEDERAL MEDICARE SOC SEC IL | 2307.70 193.27 33.46 96.92 101.54 | 63880.20 4547.52 920.63 2666.60 2738.43 |
| | | | | | | | Net Pay: | 1829.42 | |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY | | 940 EAST DIEHL ROAD | | | NAPERVILLE, IL  60563 | | Period Start: Period End: | 12/02/12 12/15/12 | |

Key: MYyC-Kchj-MkCC-Kx3h

# VOID   VOID   VOID   VOID

LSK00110

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | Check No. 1630<br>Date: 01/04/13 |

**Check Amount**

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****
NOT NEGOTIABLE. DO NOT CASH

**VOID**

000300
Pay to the order Of
KEE JUNE KIM
1721 NORTH WILSHIRE AVENUE
ARLINGTON HEIGHTS, IL 60004

Chk-xxx4106        1702.20

CHARTER ONE BANK

KEE JUNE KIM   1721 NORTH WILSHIRE AVENUE   ARLINGTON HEIGHTS, IL 60004   Check No: 1630  Date: 01/04/13

| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| EMP# 22<br>CLOCK# 000022<br>DEPT# 000300<br>FED M 3<br>IL M 3 | REGULAR<br>VACATION<br>HOLIDAY<br>NO PAY | 4.00<br>8.00<br>4.00 | 28.8462<br>28.8462 | 1846.17<br>115.38<br>230.77<br>0.00 | VOL LIFE<br>EE401K<br>Chk-<br>Total: | 6.94<br>43.85<br>1702.20<br>1752.99 | 6.94<br>43.85<br>0.00<br>50.79 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 2192.32<br>176.31<br>31.79<br>135.92<br>95.31 | 2192.32<br>176.31<br>31.79<br>135.92<br>95.31 |

Net Pay: 1702.20

3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL 60563
Key: Geg9-MJMy-xfrc-973h

Period Start: 12/16/12
Period End: 12/29/12

# VOID   VOID   VOID   VOID

LSK00111

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY | 2-7132/2710 | Check No. | 1675 |
| | 940 EAST DIEHL ROAD | | Date: | 01/18/13 |
| | SUITE 100 | | | |
| | NAPERVILLE, IL  60563 | | | |

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****  NOT NEGOTIABLE.  DO NOT CASH        **VOID**

000300

Pay to the order Of
KEE JUNE KIM
1721 NORTH WILSHIRE AVENUE
ARLINGTON HEIGHTS, IL   60004         Chk-xxx4106         1624.31

CHARTER ONE BANK

| KEE JUNE KIM | | 1721 NORTH WILSHIRE AVENUE | | | ARLINGTON HEIGHTS, IL  600 | | Check No: | 1675 Date: 01/18/13 | |
|---|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP# 22 CLOCK# 000022 DEPT# 000300 FED M 3 IL M 3 | REGULAR HOLIDAY NO PAY | 8.00 8.00 | 28.8462 | 1846.16 230.77 0.00 | VOL LIFE EE401K Chk- Total: | 6.94 41.54 1624.31 1672.79 | 13.88 85.39 0.00 99.27 | EARNINGS FEDERAL MEDICARE SOC SEC IL | 2076.93 155.60 30.12 128.77 89.65 | 4269.25 331.91 61.91 264.69 184.96 |
| | | | | | | | | Net Pay: | 1624.31 |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY    940 EAST DIEHL ROAD    NAPERVILLE, IL  60563 Key: 6Hx9-KmRA-cRc6-Nc3h | | | | | | | | Period Start: Period End: | 12/30/12 01/12/13 |

# VOID    VOID    VOID    VOID

LSK00112

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY 940 EAST DIEHL ROAD SUITE 100 NAPERVILLE, IL 60563 | | | 2-7132/2710 | | **Check No.** 1721 **Date:** 02/01/13 | | |

| | Check Amount |
|---|---|
| *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH***** <br> NOT NEGOTIABLE. DO NOT CASH | **VOID** |

000300

Pay to the order Of   KEE JUNE KIM
1721 NORTH WILSHIRE AVENUE
ARLINGTON HEIGHTS, IL  60004       Chk-xxx4106         1844.19

CHARTER ONE BANK

| KEE JUNE KIM | | 1721 NORTH WILSHIRE AVENUE | | | ARLINGTON HEIGHTS, IL 60004 | | Check No: | 1721 Date: 02/01/13 | |
|---|---|---|---|---|---|---|---|---|---|
| EMP# 22 | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| CLOCK# 000022 DEPT# 000300 FED M 3 IL M 3 | REGULAR BONUS | | | 2307.70 80.00 | VOL LIFE EE401K Chk- Total: | 6.94 47.75 1844.19 1898.88 | 20.82 133.14 0.00 153.96 | EARNINGS FEDERAL MEDICARE SOC SEC IL | 2387.70 201.28 34.62 148.04 104.88 | 6656.95 533.19 96.53 412.73 289.84 |
| | | | | | | | Net Pay: | 1844.19 | |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL 60563 Key: N6Ag-JfCr-ymxX-6T3h | | | | | | | Period Start: Period End: | 01/13/13 01/26/13 | |

# VOID    VOID    VOID    VOID

LSK00113

| 3486 | CAPITAL DENTAL TECHNOLOGY LABORATORY<br>940 EAST DIEHL ROAD<br>SUITE 100<br>NAPERVILLE, IL 60563 | 2-7132/2710 | Check No. 1769<br>Date: 02/15/13 |
|---|---|---|---|

| | | | Check Amount |
|---|---|---|---|
| | *****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****<br>NOT NEGOTIABLE. DO NOT CASH | | **VOID** |

000300

Pay to the order Of  KEE JUNE KIM
1721 NORTH WILSHIRE AVENUE
ARLINGTON HEIGHTS, IL 60004      Chk-xxx4106        1837.11

CHARTER ONE BANK

| KEE JUNE KIM | | 1721 NORTH WILSHIRE AVENUE | | | ARLINGTON HEIGHTS, IL 600 | | | Check No: | 1769 Date: 02/15/13 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
| EMP# 22<br>CLOCK# 000022<br>DEPT# 000300<br>FED M 3<br>IL M 3 | REGULAR<br>BONUS | | | 2307.70<br>70.00 | EE401K<br>VOL LIFE<br>Chk-<br>Total: | 47.55<br>6.94<br>1837.11<br>1891.60 | 180.69<br>27.76<br>0.00<br>208.45 | EARNINGS<br>FEDERAL<br>MEDICARE<br>SOC SEC<br>IL | 2377.70<br>199.81<br>34.48<br>147.42<br>104.39 | 9034.65<br>733.00<br>131.01<br>560.15<br>394.23 |
| | | | | | | | | Net Pay: | 1837.11 | |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY  940 EAST DIEHL ROAD  NAPERVILLE, IL 60563 | | | | | | | | Period Start: 01/27/13<br>Period End: 02/09/13 | | |

Key: Mmp4-r3Hp-QfxJ-MQ3h

# VOID    VOID    VOID    VOID

LSK00114