# EXHIBIT

# E

CAPITAL DENTAL TECHNOLOGY LABORATORY INC  1204-6848
DBA LSK121 ORAL PROSTHETICS  200 Dental Technicia
940 E DIEHL ROAD  EE ID: 7
NAPERVILLE IL 60563-4809

MARC JAEHYUNG CHO
3344 BLUE RIDGE DRIVE
CARPENTERSVILLE IL 60110

Payrolls by Paychex, Inc.

### PERSONAL AND CHECK INFORMATION
Marc Jaehyung Cho
3344 Blue Ridge Drive
Carpentersville, IL 60110

Soc Sec #: xxx-xx-xxxx    Employee ID: 7
Home Department: 200 Dental Technician

Pay Period: 11/16/14 to 11/29/14
Check Date: 12/05/14    Check #: 10576

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 15440.16 |
| Chkg 6990 | 1393.60 | 19858.99 |
| NET PAY | 1393.60 | 35299.15 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 26.35 | 24.0400 | 633.45 | 207.70 | 4993.11 |
| Hourly | 29.20 | 24.0400 | 701.97 | | |
| Salary | | | | | 40480.82 |
| Salary | | | | | |
| Overtime | | | | 7.05 | 254.23 |
| Holiday | 16.00 | 24.0400 | 384.64 | 32.00 | 730.80 |
| Holiday | | | | M24.00 | |
| Sick | 8.00 | 24.0400 | 192.32 | 48.00 | 1096.18 |
| Sick | | | | M20.00 | |
| Vacation | | | | M32.00 | |
| EARNINGS | 79.55 | | 1912.38 | 370.75 | 47555.14 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 112.82 | 2864.86 |
| Medicare | | 26.34 | 670.01 |
| Fed Income Tax | S 2 | 197.14 | 5165.12 |
| IL Income Tax | 0 1 | 86.74 | 2208.29 |
| TOTAL | | 422.84 | 10908.28 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Ins Pret | | 175.11 |
| PXCMP EE PRE | 78.97 | 947.64 |
| PXDEN EE PRE | 15.33 | 183.96 |
| PXVIS EE PRE | 1.64 | 19.68 |
| Vision Ins Pret | | 21.32 |
| TOTAL | 95.94 | 1347.71 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1393.60 | 35299.15 |

Payrolls by Paychex, Inc.

0052 1204-6848 Capital Dental Technology Laboratory Inc • DBA LSK121 Oral Prosthetics • 940 E Diehl Road • Naperville IL 60563-4809 • (630) 335-2270

LSK0386

CAPITAL DENTAL TECHNOLOGY LABORATORY INC
DBA LSK121 ORAL PROSTHETICS
940 E DIEHL ROAD
NAPERVILLE IL 60563-4809

1204-6848
200 Dental Technicia
EE ID: 7

MARC JAEHYUNG CHO
3344 BLUE RIDGE DRIVE
CARPENTERSVILLE IL 60110

### PERSONAL AND CHECK INFORMATION
Marc Jaehyung Cho
3344 Blue Ridge Drive
Carpentersville, IL 60110

Soc Sec #: xxx-xx-xxxx    Employee ID: 7
Home Department: 200 Dental Technician

Pay Period: 11/02/14 to 11/15/14
Check Date: 11/21/14   Check #: 10532

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 15440.16 |
| Chkg 6990 | 1419.47 | 18465.39 |
| NET PAY | 1419.47 | 33905.55 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 32.15 | 24.0400 | 772.89 | 152.15 | 3657.69 |
| Hourly | 40.00 | 24.0400 | 961.60 | | |
| Salary | | | | | 40480.82 |
| Salary | | | | | |
| Overtime | 0.75 | 36.0600 | 27.05 | 7.05 | 254.23 |
| Holiday | | | | 16.00 | 346.16 |
| Holiday | | | | M24.00 | |
| Sick | 8.00 | 24.0400 | 192.32 | 40.00 | 903.86 |
| Sick | | | | M20.00 | |
| Vacation | | | | M32.00 | |
| EARNINGS | 80.90 | | 1953.86 | 291.20 | 45642.76 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 115.19 | 2752.24 |
| Medicare | | 26.94 | 643.67 |
| Fed Income Tax | S 2 | 207.51 | 4967.98 |
| IL Income Tax | 0 1 | 88.81 | 2121.55 |
| TOTAL | | 438.45 | 10485.44 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Ins Pret | | 175.11 |
| PXCMP EE PRE | 78.97 | 868.67 |
| PXDEN EE PRE | 15.33 | 168.63 |
| PXVIS EE PRE | 1.64 | 18.04 |
| Vision Ins Pret | | 21.32 |
| TOTAL | 95.94 | 1251.77 |

### NET PAY

| THIS PERIOD ($) | YTD ($) |
|---|---|
| 1419.47 | 33905.55 |

Payrolls by Paychex Inc.

0052 1204-6848  Capital Dental Technology Laboratory Inc • DBA LSK121 Oral Prosthetics • 940 E Diehl Road • Naperville IL 60563-4809 • (630) 335-2270

LSK0384

```
3486   CAPITAL DENTAL TECHNOLOGY LABORATORY              2-7132/2710    Check No.   157
         940 EAST DIEHL ROAD                                            Date:    08/19/11
             SUITE 100
         NAPERVILLE, IL  60563
```

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****           **VOID**
                 NOT NEGOTIABLE.  DO NOT CASH

```
                    000300
  Pay to            MARC J CHO
  the order Of      3344 BLUE RIDGE DRIVE
                    CARPENTERSVILLE, IL   60110      Chk-xxx2445        1126.61

CHARTER ONE BANK
```

| MARC J CHO | | 3344 BLUE RIDGE DRIVE | | CARPENTERSVILLE, IL | 60110 | Check No: | 157 Date: 08/19/11 |
|---|---|---|---|---|---|---|---|
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | | This Pay | YTD |
| EMP# 7 CLOCK# 000007 DEPT# 000300 FED S 2 IL S 1 | REGULAR | | | 1414.40 | Chk- Total: | 1126.61 1126.61 | 0.00 0.00 | EARNINGS FEDERAL MEDICARE SOC SEC IL | 1414.40 141.01 20.51 59.40 66.87 | 8432.00 837.90 122.27 354.12 398.50 |
| | | | | | Net Pay: | | | 1126.61 | |
| 3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD   NAPERVILLE, IL  60563 | | | | | | | Period Start: 07/31/11 Period End: 08/13/11 | | |
| Key: jGGj-FjPm-GEYA-X33h | | | | | | | | | |

# VOID    VOID    VOID    VOID

LSK0445

```
3486   CAPITAL DENTAL TECHNOLOGY LABORATORY          2-7132/2710    Check No.   193
       940 EAST DIEHL ROAD                                          Date:    09/02/11
           SUITE 100
       NAPERVILLE, IL  60563
```

Check Amount

*****DIRECT DEPOSIT NOTICE ONLY - DO NOT CASH*****   **VOID**
               NOT NEGOTIABLE.  DO NOT CASH

```
                  000300
      Pay to          MARC J CHO
      the order Of    3344 BLUE RIDGE DRIVE
                      CARPENTERSVILLE, IL   60110      Chk-xxx2445          1126.61
CHARTER ONE BANK
```

```
MARC J CHO                3344 BLUE RIDGE DRIVE      CARPENTERSVILLE, IL   60110 Check No:   193  Date: 09/02/11
                  Type        Hours    Rate   Earnings  Ded Type   Amount      YTD           This Pay         YTD
EMP#    7
CLOCK# 000007     REGULAR                     990.08  Chk-       1126.61      0.00 EARNINGS   1414.40       9846.40
DEPT# 000300      VACATION  24.00  17.6800    424.32   Total:    1126.61      0.00 FEDERAL     141.01        978.91
FED S   2                                                                          MEDICARE     20.51        142.78
IL  S   1                                                                          SOC SEC      59.40        413.52
                                                                                   IL           66.87        465.37


                                                                                   Net Pay:   1126.61
3486 CAPITAL DENTAL TECHNOLOGY LABORATORY   940 EAST DIEHL ROAD    NAPERVILLE, IL  60563   Period Start: 08/14/11
Key: Kxgf-J9ea-4teh-C73h                                                                   Period End:   08/27/11
```

VOID     VOID     VOID     VOID

LSK0446