IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOON YOUNG CHUL KIM,
KEE JUNE KIM
on behalf of themselves and all other
Plaintiffs similarly situated known and unknown,

    Plaintiffs,

v.

CAPITAL DENTAL TECHNOLOGY
LABORATORY, INC. D/B/A LSK 121 and LUKE
S. KAHNG

    Defendants.

Case No. 14-cv-05014

Judge Elaine E. Bucklo

## DECLARATION OF MINJUNG KO

MINJUNG KO, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follow:

1. My name is MINJUNG KO and I am a plaintiff in the above-captioned action.

2. I am at least 18 years old.

3. During my employment with Defendants, I've never seen any poster regarding minimum wage or overtime pay posted inside LSK's facility.

4. During my employment at LSK121, I had routinely worked more than 40 hours a week.

5. When I worked more than 40 hours a week, LSK121 paid me fixed amount.

6. When I worked less than 40 hours a week, LSK121 paid me only the hours I worked in the week.

I declare under penalty of perjury, and pursuant to 28 U.S.C § 1746, that the foregoing is true and correct. Executed on _____, 2017.

8 / 7

_____
Minjung Ko