IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOON YOUNG CHUL KIM, <br> KEE JUNE KIM <br> on behalf of themselves and all other <br> Plaintiffs similarly situated known and unknown, <br><br> Plaintiffs, <br> v. <br> CAPITAL DENTAL TECHNOLOGY <br> LABORATORY, INC. D/B/A LSK 121 and LUKE <br> S. KAHNG <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 14-cv-05014 <br> ) <br> ) Judge Elaine E. Bucklo <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MARC JAEHYUNG CHO

MARC JAEHYUNG CHO, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby states and deposes as follow:

1. My name is Marc Jaehyung Cho and I am a plaintiff in the above-captioned action.

2. I am at least 18 years old.

3. During my employment with Defendants, I've never seen any poster regarding minimum wage or overtime pay posted inside LSK's facility.

4. During my employment at LSK121, I had routinely worked more than 40 hours a week.

5. When I worked more than 40 hours a week, LSK121 paid me fixed amount.

6. When I worked less than 40 hours a week, LSK121 paid me only the hours I worked in the week.

7. I was employed as Wax-Metal Technician.

8. During my employment at LSK121, my primary duty was metal copings, E-max copings, metal bridge, implant milling.

9. During my employment at LSK121, I did not have any authority to manage other employees.

10. During my employment at LSK121, I did not have any authority to hire or fire other employees.

11. During my employment at LSK121, I had reported to my manager named Michael and Gordy.

I declare under penalty of perjury, and pursuant to 28 U.S.C § 1746, that the foregoing is true and correct. Executed on

_08/07_, 2017.

Marc Jachyung Cho